**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6523**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KENWANIEE VONTORIAN TATE, a/k/a Keno,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  David C. Keesler, Magistrate Judge.  (3:15-cr-00265-RJC-DCK-1)

---

Submitted:  October 16, 2025                   Decided:  October 21, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kenwaniee Vontorian Tate, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenwaniee Vontorian Tate seeks to appeal the magistrate judge's postjudgment order denying as moot Tate's motion to compel his former attorney to return his case file. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order on appeal is not an appealable final order. *See United States v. Henson*, 127 F.4th 1054, 1056 (7th Cir. 2025) ("Magistrate judges may issue final decisions only if authorized to do so."); *see id.* at 1056-57 (dismissing appeal from magistrate judge's order for lack of jurisdiction); *see also Estate of Conners v. O'Connor*, 6 F.3d 656, 659 (9th Cir. 1993) (recognizing that "[28 U.S.C. §] 636(b)(1) does not authorize a magistrate [judge] to enter a post-judgment order," and collecting cases).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2